AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Connecticut

| United States of America | ) |
|---|---|
| v. | ) |
| TRACEY BIGGS | ) Case No. |
| | ) |
| | ) |
| | ) |
| | ) |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __April 27, 2016__ in the county of __New Haven__ in the _____ District of __Connecticut__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. Section 1951(a) | Hobbs Act Robbery |
| 18 U.S.C. Section 924(c)(1)(A)(ii), 2 | Brandishing a Firearm in Furtherance of Crime Violence, Aiding and Abetting |

This criminal complaint is based on these facts:

see Attached Affidavit

☑ Continued on the attached sheet.

*TFo BK*
*Complainant's signature*

Bryan W. Kelly, Special Agent, ATF
*Printed name and title*

Sworn to before me and signed in my presence.

/s/ Holly B. Fitzsimmons, USMJ

Date: __05/23/2017__

*Judge's signature*

Hon. Holly B. Fitzsimmons, US Magistrate Judge
*Printed name and title*

City and state: __Bridgeport, CT__