UNITED STATES OF AMERICA
DISTRICT OF CONNECTICUT

GRAND JURY B-16-1

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 3:17-cr-124(JBA) |
| v. | VIOLATIONS: |
| DARIS SNOW, a.k.a. "Eagle," <br> RASHON GRAY, a.k.a. "Loke," <br> TRACEY BIGGS, | 18 U.S.C. § 1951(a) <br> (Interference with commerce by robbery) |
| KEARA NORTHRUP, and <br> STELLA EVANS | 18 U.S.C. § 924(c)(1)(A)(ii) <br> (Brandishing a firearm during an in relation to a crime of violence) |
| | 18 U.S.C. § 2 (aiding and abetting) |

## INDICTMENT

The Grand Jury charges:

<u>COUNT ONE</u>
(Interference with Commerce by Robbery)

1. On or about April 27, 2016, in the District of Connecticut, defendants DARIS SNOW, a.k.a. "Eagle," RAYSHON GRAY, a.k.a. "Loke," TRACEY BIGGS, KEARA NORTHRUP, and STELLA EVANS, did unlawfully obstruct, delay and affect, and attempt to obstruct, delay and affect, commerce, and the movement of articles and commodities in such commerce, by robbery, in that SNOW, GRAY, BIGGS, NORTHRUP, and EVANS did unlawfully take and obtain personal property consisting of currency, cellular telephones, computer tablets, and headphones from Game X Change, located at 2165 Dixwell Avenue, Hamden, Connecticut, and its employees against their will, by means of actual and threatened force, violence, and fear of injury to their person.

In violation of Title 18, United States Code, Sections 2 and 1951(a).

## COUNT TWO
(Brandishing a Firearm During and in Relation to a Crime of Violence)

2. On or about April 27, 2016, in the District of Connecticut, defendants DARIS SNOW, a.k.a. "Eagle," RAYSHON GRAY, a.k.a. "Loke," TRACEY BIGGS, KEARA NORTHRUP, and STELLA EVANS, did knowingly possess and brandish a firearm during and in relation to a crime of violence, for which they may be prosecuted in a Court of the United States, that is a violation of Title 18, United States Code, Section 1951(a), as more particularly set forth in Count One.

In violation of Title 18, United States Code, Sections 2 and 924(c)(1)(A)(ii).

## FORFEITURE ALLEGATION
(Firearms Offense)

3. Upon conviction of the firearm offense alleged in Count Two of this Indictment, defendants DARIS SNOW, a.k.a. "Eagle," RAYSHON GRAY, a.k.a. "Loke," TRACEY BIGGS, KEARA NORTHRUP, and STELLA EVANS, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in the commission of the offense.

## FORFEITURE ALLEGATION
(Hobbs Act Robbery)

4. Upon conviction of the offense alleged in Count One of this Indictment, defendants DARIS SNOW, a.k.a. "Eagle," RAYSHON GRAY, a.k.a. "Loke," TRACEY BIGGS, KEARA NORTHRUP, and STELLA EVANS, shall forfeit to the United States of America, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), all right, title, and interest in any and all property, real or personal, which constitutes or is derived from proceeds traceable to violations of 18 U.S.C. § 1951(a), including but not limited to the following: a sum of money equal to the total amount of

any property, real or personal, which constitutes or is derived from proceeds obtained as a result of the robbery charged in Count One.

All in accordance with Title 18, United States Code, Section 981(a)(1) as incorporated by Title 28, United States Code, Section 2461(c), and Rule 32.2(a), Federal Rules of Criminal Procedure.

A TRUE BILL

/s/
FOREPERSON

UNITED STATES OF AMERICA

DEIRDRE M. DALY
UNITED STATES ATTORNEY

RAHUL KALE
ASSISTANT UNITED STATES ATTORNEY