IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA

v.                                                                                          3:17 CR 124-3 (JBA)

TRACEY BIGGS

## ENDORSEMENT ORDER

The defendant's Motion to Suspend the Sentencing Scheduling Order (doc. #132) is granted, absent objection. The deadlines and dates set by the Sentencing Scheduling Order (doc. #103) are hereby suspended until further order of the Court to permit a full Presentence Report investigation. When the Presentence Report is completed, counsel shall submit a proposed Scheduling Order.

IT IS SO ORDERED.

 /s/ Janet Bond Arterton, U.S.D.J.
Janet Bond Arterton, U.S.D.J.

Dated at New Haven, Connecticut: December 28, 2017